KELSEY MACKENZIE BROWN, CA #263109
Dellert Baird Law Office, PLLC
9481 Bayshore Drive, NW # 203
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ARRUDA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:12-CV-02701-AC<br><br>STIPULATED MOTION FOR ATTORNEYS FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $5,500.00, and expenses in the amount of $18.45, for a total of $5,518.66, shall be awarded to Plaintiff as a settlement amount.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of

these amounts to Plaintiff's attorney. The check for costs should also be made payable to Dellert Baird Law Offices, PLLC.

The parties agree that whether these checks are made payable to Plaintiff, or to Dellert Baird Law Offices, PLLC, they shall be mailed to Plaintiff's attorney at the following address: Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA, 98383.

Dated this 20th day of March 2014:     s/ KELSEY MACKENZIE BROWN
                                        Kelsey Mackenzie Brown, CA #263109
                                        Dellert Baird Law Offices, PLLC
                                        P.O. Box 3757
                                        Silverdale, WA   98383
                                        Telephone:  (360) 329-6968
                                        FAX:  (360) 329-6968
                                        Dellert.Law.Office@gmail.com

                                        Of Attorneys for Plaintiff

Dated this 20th day of March 2014:     s/ KELSEY MACKENZIE BROWN FOR
                                        FRANCESCO BENAVIDES
                                        Social Security Administration
                                        Office of the General Counsel
                                        160 Spear Street, Suite 800
                                        San Francisco, CA 94105-1545
                                        415-977-8978

                                        Of Attorneys for Defendant

    APPROVED AND SO ORDERED.

Dated this 20th day of March 2014:     _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE

Page 2    PLAINTIFF'S MOTION FOR ATTORNEY FEES,
          EXPENSES, AND COSTS - [2:12-CV-02701-AC]

Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA  98383
Telephone: (360) 329-6968